UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

03-0348

Civil No. 04-10897 GAO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Metropolitan Property and Casualty Insurance Co.
           Plaintiff                  *
                                      *
                                      *
        v.                            *      COMPLAINT
                                      *
United States of America              *
           Defendant                  *
                                      *
                                      *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIPT #_____
AMOUNT $ 150
SUMMONS ISSUED YES
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 5/5/04

MAGISTRATE JUDGE _____

The Plaintiff says:

1. It is an insurance company duly organized by law with a usual place of business at Warwick, RI, and is the subrogee of Joanne D. Katsafanas of 35 A Middle St., Newton, MA 02458.

2. The Defendant, United States of America, is a governmental entity, with a usual place of business at U.S. Department of Justice, Michael J. Sullivan, United States Attorney, District of Massachusetts, U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210.

3. On or about 10-28-02, while a motor vehicle owned by the Plaintiff's subrogor, Joanne D. Katsafanas, was being lawfully and carefully operated on Chapel Street, a public way in Newton, MA it was struck and damaged by a motor vehicle owned by the Defendant, United States of America, which was then being operated in a careless and negligent

manner by the Defendant, its agent, servant or employee or other party for whose actions and conduct the Defendant, United States of America, is legally responsible, with said damage including rental charges.

4. On or about 12-9-03, the Plaintiff filed with the United States Postal Service, Operations Program Support Accident/Tort Claims, a completed standard form #95, as prescribed by the Department of Justice, with copies attached of operator's report, proof of payment and Appraisal Report, and with a denial of claim pursuant to 28 U.S.C.S., sec. 2675 and/ or 28 U.S.C. sec. 2401(b) by the United States Postal Service made on or about 1-14-04.

WHEREFORE, the Plaintiff demands judgment against the Defendant, United States of America, for Plaintiff's property damage and rental charges, plus costs and interest from the date of service.

By Plaintiff's attorney,

Richard Schlesinger
11 Beacon St., Ste. 632
Boston, Ma. 02108
617-742-0550

03-0348

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Metropolitan Property and Casualty Insurance Co.
    Plaintiff

vs.                                No. _____

United States of America
    Defendant

### STATEMENT OF DAMAGES

**Plaintiff** in the above-captioned action, hereby asserts that the money damages sought by means of the **complaint** amount to $3,497.10.

Signed: _____
        Richard Schlesinger

Date:   May 3, 2004