AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED IN CLERKS OFFICE
2004 JUN -4 P 12: 19
U.S. DISTRICT COURT
DISTRICT OF MASS

Metropolitan Property and Casualty Insurance Co.
v.
United States of America.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-10897-GAO

TO: (Name and address of Defendant)

Civil Process Clerk
Office of the U.S. Attorney
U.S. Courthouse, Ste. 9200
1 Courthouse Way
Boston, MA 02210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard Schlesinger
SCHLESINGER & SCHLESINGER
11 Beacon St., Suite 632
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  MAY 05 2004

(By) DEPUTY CLERK