AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED CLERKS OFFICE

District of MA

2004 JUN -4 P 12:19

U.S. DISTRICT COURT

Metropolitan Property + Casualty Insurance Co.

v.

United States of America

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10897 GAO

TO: (Name and address of Defendant)

United States Postal Service
Tort Claims - Accounting Service Center
P. O. Box 80471
St. Louis, MO 63180-9471

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard Schlesinger
SCHLESINGER & SCHLESINGER
11 Beacon St., Suite 632
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  MAY 05 2004

(By) DEPUTY CLERK