03-0348

AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

2004 JUN -4 P 12: 19

District of MA

U.S. DISTRICT COURT
DISTRICT OF MASS.

Metropolitan Property & Casualty Insurance Co.

v.

United States of America

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10897 GAO

TO: (Name and address of Defendant)

John Ashcroft
Attorney General of the United States
Dept. of Justice
Washington, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard Schlesinger
SCHLESINGER & SCHLESINGER
11 Beacon St., Suite 632
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: MAY 05 2004