# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

METROPOLITAN PROPERTY
AND CASUALTY INS. CO.,

      Plaintiff,

      v.                                      CA. NO. 04-10897-GAO

UNITED STATES OF AMERICA,

      Defendant.

## *NOTICE*

November 4, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **mediation** at **10:30 a.m., Tuesday, November 16, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

**All parties must be in attendance for this mediaton.** Leave of the court is required for any exceptions.

                                      /s/ Marianne B. Bowler
                                      **MARIANNE B. BOWLER**
                                      Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**.