IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE CO. )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Civil Action No.: 04-10897GAO |

**ASSENTED TO MOTION TO CONTINUE HEARING**

Now comes Defendant, United States of America, and hereby moves this Honorable Court to continue the alternative dispute resolution ("ADR") hearing currently set for November 16, 2004, at 10:30 a.m. As reason for this motion, counsel for the Defendant states that both she and her son are ill.

After consulting with Plaintiff's counsel and the Clerk of this session, all parties have agreed to reschedule the ADR hearing to **December 1, 2004**, at **10:30 a.m.**

    Respectfully submitted,

    Michael J. Sullivan
    UNITED STATES ATTORNEY

    /s/Gina Walcott-Torres
By:    Gina Y. Walcott-Torres
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617) 748-3369