IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE CO. | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action No.:  04-10897GAO |
| UNITED STATES OF AMERICA, | )<br>)<br>) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS
AGAINST THE DEFENDANT**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff, Metropolitan Property and Casualty Insurance Company, hereby submits to this Court its stipulation of dismissal with prejudice of all claims against the defendant, United States of America, in this matter, each party to bear its own costs.

Respectfully submitted,

| **UNITED STATES OF AMERICA** | **METROPOLITAN PROPERTY &<br>CASUALTY INSURANCE COMPANY** |
|---|---|
| Defendant, | Plaintiff, |
| By its attorney, | By its attorney, |
| MICHAEL J. SULLIVAN<br>United States Attorney | Richard Schlesinger |
| /s/ Gina Y. Walcott-Torres<br>By:    Gina Y. Walcott-Torres<br>Assistant U.S. Attorney<br>Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3369 | /s/ Christopher P. McArdle<br>Christopher P. McArdle, Esq.<br>Richard Schlesinger, Esq.<br>Schlesinger & Schlesinger<br>11 Beacon Street, Suite 632<br>Boston, MA 02108<br>(617) 742-0550 |